LAQUER, URBAN, CLIFFORD & HODGE LLP
Susan Graham Lovelace, State Bar No. 160913
Matthew T. Bechtel, State Bar No. 260450
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Bechtel@luch.com

Counsel for Plaintiffs, Trustees of the Southern
California IBEW-NECA Pension Plan, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VITAL ENERGY, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV 10-03408 DMG (AJWx) <br><br> **JUDGMENT [12]** <br><br> **JS-6** |

        The Court having considered and approved the stipulation for entry of judgment

submitted by and between defendants Vital Energy, Inc., and plaintiffs Trustees of the

Southern California IBEW-NECA Pension Plan, Trustees of the Southern California

IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical

Educational and Training Trust Fund, Trustees of the National Electrical Benefit

Fund, Trustees of the Southern California IBEW-NECA Labor-Management

Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management

Cooperation Committee, Contract Compliance Fund, National Electrical Industry

Fund, Administrative Maintenance Fund, and the Los Angeles Electrical Workers

Credit Union, and for good cause shown,

///

LA10CV03408DMG-ORD STIP FOR JUDG 12.DOC

JUDGMENT

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan,

3 Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the

4 Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the

5 National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA

6 Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA

7 Labor-Management Cooperation Committee, Contract Compliance Fund, National

8 Electrical Industry Fund, Administrative Maintenance Fund, and the Los Angeles

9 Electrical Workers Credit Union shall recover from defendant Vital Energy, Inc.,

10 jointly and severally, the principal amount of $200,209.17, plus pre-judgment and

11 post-judgment interest thereon at the rate of eight percent (8%) per annum from

12 August 1, 2010, until paid in full.

13

14 DATED:   August 9, 2010

15            DOLLY M. GEE

16            UNITED STATES DISTRICT JUDGE

17  Cc: Fiscal

18

19

20

21

22

23

24

25

26

27

28

- 2 -

JUDGMENT